IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREN STEVENS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| THE BRYN MAWR TRUST COMPANY, | : | No. 19-2418 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **27th** day of **October 2022**, after consideration of Defendant The Bryn Mawr Trust Company's Motion for Summary Judgment (ECF 31), Plaintiff Karen Stevens's Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment (ECF 32), and Defendant's Reply in Support of its Motion for Summary Judgment (ECF 33), it is hereby **ORDERED** that:

1. Defendant's Motion (ECF 31) is **GRANTED**.

2. The Clerk of Court is directed to close this case.

BY THE COURT:

**Berle M. Schiller, J.**